**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2219

WILLIAM E. BRICE, SR.,

Plaintiff - Appellant,

v.

C.F. SAUER BRANDS, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00294-RCY)

Submitted:  September 30, 2025                    Decided:  December 16, 2025

Before GREGORY, WYNN, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Pamela Johnson Branch, TULLY RINCKEY, PLLC, Washington, D.C., for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Brice, Sr., appeals the district court's order dismissing, without prejudice, Brice's amended civil complaint pursuant to Fed. R. Civ. P. 4(m). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brice v. C.F. Sauer Brands, Inc.*, No. 3:24-cv-00294-RCY (E.D. Va. Oct. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*